# ATTACHMENT A

(First NCMEC CyberTip Report for "Jenna Lennon")



# CyberTipline Report 40898164

## Priority Level: E
### (Report submitted by a registered Electronic Service Provider)

Received by NCMEC on 09-28-2018 18:12:20 UTC

All dates are displayed as MM-DD-YYYY

Except for times provided in Additional Information sections, all time zones are displayed in UTC

## Executive Summary

The following is a brief overview of information contained in this CyberTipline report:

**Incident Type:** Unconfirmed - Files not Reviewed by NCMEC

Please be advised that NCMEC staff have not opened or viewed any uploaded files submitted with this report and have no information concerning the content of the uploaded files other than information provided in the report by the ESP.

**Total Uploaded Files:** 1

The National Center for Missing & Exploited Children (NCMEC) was incorporated in 1984 by child advocates as a private, non-profit 501(c)(3) organization to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further our mission to help find missing children, reduce child sexual exploitation, and prevent future victimization, NCMEC operates the CyberTipline and Child Victim Identification Program. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement and also uses this information to help identify trends and create child safety and prevention messages. As a clearinghouse, NCMEC also works with Electronic Service Providers, law enforcement and the public in a combined effort to reduce online child sexual abuse images. NCMEC performs its programs of work pursuant to its own private mission and independent business operations. NCMEC does not act in the capacity of or under the direction or control of the government or law enforcement agencies. NCMEC does not investigate and cannot verify the accuracy of the information submitted by reporting parties.

20-10198.263



CyberTipline Report 40898164 | i

# Contents

Section A: Reported Information .......................................................................... 1
    Reporting Electronic Service Provider (ESP) ..................................................... 1
    Company Information ........................................................................................ 1
    Incident Information .......................................................................................... 1
    User or Person Being Reported ......................................................................... 1
    Additional Information Submitted by the Reporting ESP .................................. 2
    Uploaded File Information ................................................................................. 2
    Uploaded File Information ................................................................................. 2

Section B: Automated Information Added by NCMEC Systems ............................ 3
    Explanation of Automated Information (in alphabetical order) ......................... 3
    Geo-Lookup (Reported Person or User) ............................................................ 3

Section C: Additional Information Provided by NCMEC ....................................... 4
    NCMEC Note #1 ................................................................................................. 4

Section D: Law Enforcement Contact Information ............................................... 6
    Dallas Police Department .................................................................................. 6

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

20-10198.264

Case 1:22-cv-00037-P  Document 1-1  Filed 04/13/22  Page 4 of 9  PageID 25
Case 1:19-cr-00021-P-BU  Document 87-1  Filed 08/12/19  Page 4 of 9  PageID 497

MISSING & EXPLOITED

CyberTipline Report 40898164 | 1

## Section A: Reported Information

The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

### Reporting Electronic Service Provider (ESP)

**Submitter:**
Google
Google Reviewer

**Business Address:**
1600 Ampitheater Parkway
Mountainview, CA 94043 United States

**Point of Contact for Law Enforcement:**
USlawenforcement@google.com

http://www.google.com/transparencyreport/userdatarequests/legalprocess/

### Company Information

Google identifies and reports child sexual abuse imagery in accordance with federal statutory definition of child pornography as referenced in 18 USC 2256.

Generally, if a report does not contain an upload IP, it may be because Google does not have the information accessible at the time of the report. To the extent that Google does have a record of the upload IP, it can be disclosed in response to valid legal process.

Account information such as IP addresses and user provided information (such as SMS number or secondary e-mail address) may change over time and/or reflect user provided data that may be inaccurate. This information should be investigated and confirmed independently.

Any account reported in this Cybertip may or may not be disabled in the course of making the report.

For information on which legal process is required for various types of data associated with Google's products and services, please refer to our Transparency Report available here http://www.google.com/transparencyreport/userdatarequests/legalprocess/.

If you intend to seek additional data from Google, please reference this and any related CyberTip number(s) prominently in your legal process.

With respect to the portion of this CyberTip containing the heading: "Was File Reviewed by Company?", when Google responds "Yes" it means the contents of the file reported were viewed by a person concurrently to or immediately preceding the sending of the CyberTip. When Google responds "No", it means that while the contents of the file were not reviewed concurrently to making the report, historically a person had reviewed a file whose hash (or digital fingerprint) matched the hash of the reported image and determined it contained apparent child pornography.

### Incident Information

**Incident Type:** Child Pornography (possession, manufacture, and distribution)
**Incident Time:** 09-27-2018 15:56:04 UTC
**Description of Incident Time:** The incident date refers to the approximate date and time Google became aware of the reported material.

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

20-10198.265

Case 1:22-cv-00037-P   Document 1-1   Filed 04/13/22   Page 5 of 9   PageID 26
Case 1:19-cr-00021-P-BU   Document 87-1   Filed 08/12/19   Page 5 of 9   PageID 498

CyberTipline Report 40898164 | 2

## User or Person Being Reported

| | |
|---|---|
| Name: | Jenna Lennon |
| Mobile Phone: | +12143041426 |
| Email Address: | jennalennon12@gmail.com (Verified) |
| IP Address: | 74.197.212.233 (Login)<br>09-22-2018 23:34:07 UTC |
| IP Address: | 74.195.103.48 (Login)<br>09-19-2018 02:22:29 UTC |
| IP Address: | 74.195.103.48 (Login)<br>09-19-2018 02:20:31 UTC |
| IP Address: | 74.195.103.48 (Login)<br>09-19-2018 02:20:24 UTC |
| IP Address: | 74.195.103.48 (Login)<br>09-19-2018 02:20:23 UTC |
| IP Address: | 74.195.103.48 (Login)<br>09-19-2018 02:20:21 UTC |
| IP Address: | 74.195.103.48 (Registration)<br>09-19-2018 02:20:20 UTC |

## Additional Information Submitted by the Reporting ESP

Google became aware of the reported content which was stored in Google Photos infrastructure

## Uploaded File Information

| | |
|---|---|
| Number of uploaded files: | 1 |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_12777246380403931640 |
| Original Filename Associated with File: | 78991033836737841367?account_id=42 |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |

This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

20-10198.266



CyberTipline Report 40898164 | 3

## Section B: Automated Information Added by NCMEC Systems

Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.

### Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a Reporting ESP voluntarily reports an IP address for the "User or Person Being Reported," NCMEC Systems will geographically resolve the IP address via a publicly-available online query. The results of this lookup are displayed.

### Geo-Lookup (Reported Person or User)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 74.197.212.233 | US | TX | Big Spring | Odessa-Midland | 79720 | | 32.1864/ -101.451 | Suddenlink Communications/Suddenlink Communications |
| 74.195.103.48 | US | TX | Big Spring | Odessa-Midland | 79720 | | 32.1864/ -101.451 | Suddenlink Communications/Suddenlink Communications |

**This concludes Section B**

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

20-10198.267



CyberTipline Report 40898164 | 4

## Section C: Additional Information Provided by NCMEC

Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from queries on publicly-available, open-source websites. Any queries conducted by NCMEC staff will be documented and any query results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.

NCMEC Priority Level: E (Report submitted by a registered Electronic Service Provider)
NCMEC Classification: Unconfirmed - Files not Reviewed by NCMEC
International Country: United States
NCMEC Date Processed: 10-24-2018 20:15:19 UTC
Made Available to Law Enforcement by NCMEC: Yes
Associated CyberTipline Reports: 40898164, 41246384

### NCMEC Note #1

*ECD-CLT 10-24-2018 20:15:19 UTC*

CT/TA results for: jennalennon12*
--------------------------
41246384
40898164


CT/TA results for: 74.197.212.233
--------------------------
41246384
40898164


CT/TA results for: 74.195.103.48
--------------------------
41246384
40898164


CT/TA results for: +12143041426
--------------------------
41246384
40898164
37246614 TX, Dallas Police Department


CT/TA results for: 2143041426
--------------------------
No results.

---

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

20-10198.268

MISSING &
EXPLOITED

CyberTipline Report 40898164 | 5

CT/TA results for: "Jenna Lennon"
----------------------------

41246384
40898164

CT 41246384 was submitted by Google and appears related to the reported user.

====

I have sent this to the Dallas ICAC based on the reported user's IP address.

This concludes Section C

If you need further information regarding the contents of this Report, please contact the CyberTipline at null or 1-877-446-2632, ext. 6702.

For more information regarding images containing identified child victims, please contact the Child Victim Identification Program (CVIP) at cvip@ncmec.org.

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

20-10198.269

MISSING &
EXPLOITED

CyberTipline Report 40898164 | 6

## Section D: Law Enforcement Contact Information

The report was made available to the Law Enforcement Agency listed below.

**Dallas Police Department**

Investigator:

| | |
|---|---|
| Assigned Officer: | ACCESS VPN |
| Title: | Det. Chris DeLeon |
| City/State: | Dallas, TX |
| Country: | United States |
| Phone Number: | 214-671-3698 |
| Email Address: | Christopher.DeLeon@dpd.ci.dallas.tx.us,Eric.Weast@dpd.ci.dallas.tx.us,Laura.Burk@dpd.ci.dallas.tx.us,Catherine.delapaz@dallascityhall.com,Daniel.Hinton@dpd.ci.dallas.tx.us |

Time/Date was made available: 10-24-2018 20:15:19 UTC

This concludes Section D

This concludes CyberTipline Report 40898164

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

20-10198.270