# **ATTACHMENT B**

(Second NCMEC CyberTip Report for "Jenna Lennon")

20-10198.271



# CyberTipline Report 41246384

## Priority Level: E
### (Report submitted by a registered Electronic Service Provider)

Received by NCMEC on 10-05-2018 23:40:50 UTC

All dates are displayed as MM-DD-YYYY

Except for times provided in Additional Information sections, all time zones are displayed in UTC

## Executive Summary

The following is a brief overview of information contained in this CyberTipline report:

**Incident Type:** Apparent Child Pornography (Unconfirmed)

**Total Uploaded Files:** 2

The National Center for Missing & Exploited Children (NCMEC) was incorporated in 1984 by child advocates as a private, non-profit 501(c)(3) organization to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further our mission to help find missing children, reduce child sexual exploitation, and prevent future victimization, NCMEC operates the CyberTipline and Child Victim Identification Program. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement and also uses this information to help identify trends and create child safety and prevention messages. As a clearinghouse, NCMEC also works with Electronic Service Providers, law enforcement and the public in a combined effort to reduce online child sexual abuse images. NCMEC performs its programs of work pursuant to its own private mission and independent business operations. NCMEC does not act in the capacity of or under the direction or control of the government or law enforcement agencies. NCMEC does not investigate and cannot verify the accuracy of the information submitted by reporting parties.

20-10198.272



# Contents

Section A: Reported Information — 1

   Reporting Electronic Service Provider (ESP) — 1
   Company Information — 1
   Incident Information — 1
   User or Person Being Reported — 1
   Additional Information Submitted by the Reporting ESP — 2
   Uploaded File Information — 2
   Uploaded File Information — 2
   Uploaded File Information — 2

Section B: Automated Information Added by NCMEC Systems — 4

   Explanation of Automated Information (in alphabetical order) — 4
   Further Information on Uploaded Files — 4
   Geo-Lookup (Reported Person or User) — 4

Section C: Additional Information Provided by NCMEC — 6

   NCMEC Note #1 — 6

Section D: Law Enforcement Contact Information — 7

   Dallas Police Department — 7

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

Case 1:22-cv-00037-P Document 1-2 Filed 04/13/22 Page 4 of 19 PageID 34
Case 1:19-cr-00021-P-BU Document 87-2 Filed 08/12/19 Page 4 of 10 PageID 306

CyberTipline Report 41246384 | 1

# Section A: Reported Information

The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

## Reporting Electronic Service Provider (ESP)

**Submitter:**

Google
Google Reviewer

**Business Address:**
1600 Ampitheater Parkway
Mountainview, CA 94043 United States

**Point of Contact for Law Enforcement:**
USlawenforcement@google.com

http://www.google.com/transparencyreport/userdatarequests/legalprocess/

## Company Information

Google identifies and reports child sexual abuse imagery in accordance with federal statutory definition of child pornography as referenced in 18 USC 2256.

Generally, if a report does not contain an upload IP, it may be because Google does not have the information accessible at the time of the report. To the extent that Google does have a record of the upload IP, it can be disclosed in response to valid legal process.

Account information such as IP addresses and user provided information (such as SMS number or secondary e-mail address) may change over time and/or reflect user provided data that may be inaccurate. This information should be investigated and confirmed independently.

Any account reported in this Cybertip may or may not be disabled in the course of making the report.

For information on which legal process is required for various types of data associated with Google's products and services, please refer to our Transparency Report available here http://www.google.com/transparencyreport/userdatarequests/legalprocess/.

If you intend to seek additional data from Google, please reference this and any related CyberTip number(s) prominently in your legal process.

With respect to the portion of this CyberTip containing the heading: "Was File Reviewed by Company?", when Google responds "Yes" it means the contents of the file reported were viewed by a person concurrently to or immediately preceding the sending of the CyberTip. When Google responds "No", it means that while the contents of the file were not reviewed concurrently to making the report, historically a person had reviewed a file whose hash (or digital fingerprint) matched the hash of the reported image and determined it contained apparent child pornography.

## Incident Information

**Incident Type:** Child Pornography (possession, manufacture, and distribution)
**Incident Time:** 10-05-2018 16:36:38 UTC
**Description of Incident Time:** The incident date refers to the approximate date and time Google became aware of the reported material.

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

20-10198.274

Case 1:22-cv-00037-P   Document 1-2   Filed 04/13/22   Page 5 of 19   PageID 35
Case 1:19-cr-00021-P-BU   Document 87-2   Filed 08/12/19   Page 5 of 10   PageID 507

CyberTipline Report 41246384 | 2

## User or Person Being Reported

| | |
|---|---|
| Name: | Jenna Lennon |
| Mobile Phone: | +12143041426 |
| Email Address: | jennalennon12@gmail.com (Verified) |
| IP Address: | 74.197.212.233 (Login) 09-22-2018 23:34:07 UTC |
| IP Address: | 74.195.103.48 (Login) 09-19-2018 02:22:29 UTC |
| IP Address: | 74.195.103.48 (Login) 09-19-2018 02:20:31 UTC |
| IP Address: | 74.195.103.48 (Login) 09-19-2018 02:20:24 UTC |
| IP Address: | 74.195.103.48 (Login) 09-19-2018 02:20:23 UTC |
| IP Address: | 74.195.103.48 (Login) 09-19-2018 02:20:21 UTC |
| IP Address: | 74.195.103.48 (Registration) 09-19-2018 02:20:20 UTC |

## Additional Information Submitted by the Reporting ESP

Google became aware of the reported content which was stored in Google Photos infrastructure

## Uploaded File Information

Number of uploaded files:    2

## Uploaded File Information

| | |
|---|---|
| Filename: | report_12424332082657457698 |
| Original Filename Associated with File: | 7830257733441774180?account_id=42 |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Image Categorization by ESP: (See Section B for further explanation) | B1 |

## Uploaded File Information

| | |
|---|---|
| Filename: | report_7317981145297882912 |
| Original Filename Associated with File: | 6046472664266037546?account_id=42 |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Metadata provided separately by ESP for the file? | Yes |

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

MISSING &
EXPLOITED

CyberTipline Report 41246384 | 3

Image Categorization by ESP:     B2
(See Section B for further explanation)

This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

20-10198.276

Case 1:22-cv-00037-P   Document 1-2   Filed 04/13/22   Page 7 of 19   PageID 37
Case 1:19-cr-00021-P-BU   Document 87-2   Filed 08/12/19   Page 7 of 10   PageID 509

CyberTipline Report 41246384 | 4

MISSING & EXPLOITED CHILDREN

## Section B: Automated Information Added by NCMEC Systems

Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.

### Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a Reporting ESP voluntarily reports an IP address for the "User or Person Being Reported," NCMEC Systems will geographically resolve the IP address via a publicly-available online query. The results of this lookup are displayed.

### Further Information on Uploaded Files

Number of uploaded files in each categorization category:

B1:     1
B2:     1

The following categorization system was created by various ESPs in January 2014:

| Content Ranking | | 1 | 2 |
|---|---|---|---|
| A | Prepubescent Minor | A1 | A2 |
| B | Pubescent Minor | B1 | B2 |

| Rank | Term | Definition |
|---|---|---|
| 1 | Sex Act | Any image of sexually explicit conduct (actual or simulated sexual intercourse including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction that lacks serious literary, artistic, political, or scientific value. |
| 2 | Lascivious Exhibition | Any image depicting nudity and one or more of: restraint, sexually suggestive poses, focus on genitals, inappropriate touching, adult arousal, spreading of limbs or genitals, and such depiction lacks serious literary, artistic, political, or scientific value. |

### Geo-Lookup (Reported Person or User)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 74.195.103.48 | US | TX | Big Spring | Odessa-Midland | 79720 | | 32.1864/ -101.451 | Suddenlink Communications/ Suddenlink Communications |
| 74.197.212.233 | US | TX | Big Spring | Odessa-Midland | 79720 | | 32.1864/ -101.451 | Suddenlink Communications/ Suddenlink Communications |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.*

20-10198.277

MISSING &
EXPLOITED

CyberTipline Report 41246384 | 5

This concludes Section B

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

20-10198.278

CyberTipline Report 41246384 | 6

## Section C: Additional Information Provided by NCMEC

Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from queries on publicly-available, open-source websites. Any queries conducted by NCMEC staff will be documented and any query results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.

**NCMEC Priority Level:** E (Report submitted by a registered Electronic Service Provider)
**NCMEC Classification:** Apparent Child Pornography (Unconfirmed)
**International Country:** United States
**NCMEC Date Processed:** 10-24-2018 20:15:37 UTC
**Made Available to Law Enforcement by NCMEC:** Yes
**Associated CyberTipline Reports:** 40898164

### NCMEC Note #1

ECD-CLT 10-24-2018 20:15:37 UTC

There are multiple reports on this reported person or user. Please see CT #40898164 for all analysis.

This concludes Section C

If you need further information regarding the contents of this Report, please contact the CyberTipline at null or 1-877-446-2632, ext. 6702.

For more information regarding images containing identified child victims, please contact the Child Victim Identification Program (CVIP) at cvip@ncmec.org.

This report contains ESP provided metadata information for one or more uploaded files.

For reports received through IDS, any metadata information provided separately by the ESP may be viewed by accessing 'Case Information' and viewing the 'Raw CyberTip Details' of the report.

For reports received through the CyberTip Downloader, any metadata information provided separately by the ESP may be viewed by accessing the 'Report Summary' page and clicking on 'Uploaded by ESP'. Files with metadata information provided separately by the ESP will display 'Metadata' with a 'View' option. Clicking on 'View' will display the available metadata in a new window.

Additionally, metadata information provided separately by the ESP may be viewed by accessing the XML file and viewing the espMetadata section of the report.

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

20-10198.279

MISSING & EXPLOITED

CyberTipline Report 41246384 | 7

## Section D: Law Enforcement Contact Information

The report was made available to the Law Enforcement Agency listed below.

**Dallas Police Department**

Investigator:
- Assigned Officer: ACCESS VPN
- Title: Det. Chris DeLeon
- City/State: Dallas, TX
- Country: United States
- Phone Number: 214-671-3698
- Email Address: Christopher.DeLeon@dpd.ci.dallas.tx.us,Eric.Weast@dpd.ci.dallas.tx.us,Laura.Burk@dpd.ci.dallas.tx.us,Catherine.delapaz@dallascityhall.com,Daniel.Hinton@dpd.ci.dallas.tx.us

Time/Date was made available: 10-24-2018 20:15:37 UTC

This concludes Section D

This concludes CyberTipline Report 41246384

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

20-10198.280

| THE STATE OF TEXAS | § | DOCKET # 71478 |
| --- | --- | --- |
|  | § |  |
| COUNTY OF HOWARD | § | COURT: |

EXHIBIT 1

## AFFIDAVIT FOR SEARCH WARRANT
{Article 18.02(10), Texas Code of Criminal Procedure}

BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:

My name is Marcus Thomas. I am a peace officer under the laws of the State of Texas, and I am a commissioned peace officer certified by the Texas Commission on Law Enforcement Education ("TCOLE"). I have been a licensed and commissioned peace officer for more than twenty-one years and I am currently employed as a Investigations Sergeant with the Howard County Sheriff's Office. Your Affiant, through his experience and training, has investigated numerous felony criminal offenses to include but not limited to: Murder, Aggravated Assault, Arson, Forgery, Misapplication of Fiduciary Property, Indecency With a Child, Aggravated Sexual Assault of A Child, and Possession of Child Pornography.

1. There is, within the city limits of Big Spring, in Howard County, Texas, a suspected place and premises described and located as follows: a residential home with the physical property address of: 1516 Tucson St. Big Spring Texas 79720. This suspected place is described as a gray wood with tan brick home and white colored trim. The front door of the suspected residence faces to the East. There are no visible numbers on the front of the residence. This residence sits between two other residents. The residents to the west is numbered 1514 and the residents to the east is numbered 1518 making this residence 1516.

Said suspected place, in addition to the foregoing description, also includes all other buildings, structures, vehicles, and places, which are located on said premises and within the curtilage, of said premises is a residence, that are found to be under the control of the suspect named below and in, on, or around which said suspect may reasonably reposit or secrete property that is the object of the search requested herein.

Attached hereto as Exhibit A, to be considered as part of this affidavit as if written herein, is a photograph illustrating the appearance of the place to be searched.

2018 NOV 15 AM 11:23 FILED

and correct
...y of original
... in the Howard
unty Clerks Office
ge 1 of 3

Page 1 of 4

USA DISC. 00848
20-10198.1120

## AFFIDAVIT FOR SEARCH WARRANT



2. Said suspected place is in the charge of and controlled by each of the following named and/or described individuals ( whether one or more), to wit:

Christopher James Regan, a white male who was born on or about 12-08-1982- Occupant of Residence.
Tanya Marie Regan, white female who was born on or about 09-28-1984- Occupant of Residence.

3. It is the belief of affiant that said address 1516 Tucson, Big Spring, TX. 79720 is the location where both IP addresses 74.197.212.233 and 74.195.103.48 were attached to during the time of the child pornography pictures. One or more cellular phones used under the phone numbers 214-304-1426 or 214-304-1541, cellular telephone accessories; both persons listed in #2 of this search warrant, video camera, recorded and stored video camera recordings including any recordings from a security monitoring system, any and all personal computers and electronic storage devices capable of receiving or storing electrical data, including any external storage devices such as, but not limited to floppy discs and diskettes (including Zip discs and cartridges), digital video discs (DVD's), compact discs (CD's), flash drives ("thumb drives"), external hard drives, tape drives, digital video recorders (including TiVo), internet appliances, video game consoles (including Nintendo Wii), MP3 players (including Apple iPOD), digital cameras and digital camera memory media, magnetic tapes and disks, personal digital assistants (PDA's), tape recordings, and

True and correct copy of original filed in the Howard County Clerks Office
Page ___ of ___

Page 2 of 4

USA DISC. 00851
20-10198.1121

AFFIDAVIT FOR SEARCH WARRANT

audio tapes; the hardware necessary to retrieve such data, including, but not limited to, central processing units (CPU's), connecting devices, viewing screens, disc and cartridge drives, tape drives, printers, and monitors; the manuals, with all software, handwritten notes, or printed materials describing the operation of said computers, hardware and software; and, any and all passwords found at the location that may allow access to any of the aforementioned devices and equipment; and any notes, papers, photographs, official documents.

4. Affiant has probable cause for said belief by reason of the following facts and circumstances:

On Thursday November 1, 2018 Sgt. Thomas received an email from Detective Delapaz who is with the Dallas Police Department. Detective Delapaz stated she had received a cyber tip from the National Centers for Missing and Exploited Children (NCMEC) for child pornography. The Cyber Tip contained three (3) photographs of a prepubescent nude female child. One of the photos is of a child sticking her finger in her vagina. Cyber Tip #41246384 and Cyber Tip #40898164 were emailed to Sgt. Thomas. The tip's were reported to NCMEC from Google which is an American multinational technology company headquartered in California. Google became aware of the reported content which was stored in Google Photos infrastructure and attached to the following information:
Name: Jenna Lennon
Mobile Phone: 214-304-1426
Email: jennalennon12@gmail.com
IP Address: 74.197.212.233
IP Address: 74.195.103.48
The tip showed the IP Addresses to be from Suddenlink Communications and to be in the City of Big Spring. On November 6, 2018 Sgt. Thomas sent a Subpoena to Suddenlink 542 Gilbert Drive Milpitas, CA 95035 for IP addresses 74.197.212.233 and 74.195.103.48 between the dates of September 16, 2018 to September 30, 2018. Sgt. Thomas received information from Yaana Technologies who is a designated agent for Suddenlink Comunications. The IP address 74.195.103.48 was being used at 1516 Tucson St. Big Spring, TX. 79720 from 09-16-2018 to 09-30-2018 and IP address 74.197.212.233 was being used at 1516 Tucson St. Big Spring, TX. 79720 from 9-19-2018 to 9-30-2018. The subscriber information for Suddenlink shows a male subject Christopher J. Regan. Sgt. Thomas obtained information on two adult subjects pertaining to the residents.
**Christopher James Regan, W/M DOB: 12-08-1982**
**Tanya Marie Regan, W/F DOB: 09-28-1984**
Sgt. Thomas also obtained information that there is possibly a young female child living in the residence.



true and correct copy of original filed in the Howard County Clerks Office
Page 2 of 3

Page 3 of 4

USA DISC. 00849
20-10198.1122

## AFFIDAVIT FOR SEARCH WARRANT

Affiant requests authority from the Court to transport, remove, or take any property or evidence seized pursuant to the warrant requested herein to any location deemed necessary for purposes of safekeeping, analysis, processing, and completion of any investigation or proceedings related to the activities described in this Affidavit.

Wherefore, affiant asks for issuance of a warrant that will authorize affiant and other peace officers to search said suspected place and premises for the property described above and to seize same.

_____
Affiant

SWORN TO AND SUBSCRIBED BEFORE ME BY THE SAID AFFIANT ON THIS THE 08 DAY OF November, 2018.

_____
Kathryn Wiseman
County Judge
Howard County, Texas

2018 NOV 15 AM 11:23
FILED

**CERTIFIED COPY CERTIFICATE**
STATE OF TEXAS
COUNTY OF HOWARD

The above is a full, true, and correct photographic copy of the original record now in my lawful custody and possession, as the same as recorded in the Official Public Records in my office. I hereby certify as

BRENT ZITTERKOPF
COUNTY CLERK
HOWARD COUNTY, TEXAS

By _Naomi Diaz_
Deputy
11-14-18

true and correct
copy of original
filed in the Howard
County Clerks Office
Page 3 of 3

Page 4 of 4

USA DISC. 00850
20-10198.1123

# SEARCH WARRANT



| | | |
|---|---|---|
| THE STATE OF TEXAS | § | DOCKET # |
| | § | |
| COUNTY OF HOWARD | § | COURT: |

## SEARCH WARRANT
{Article 18.02(10), Texas Code of Criminal Procedure}

The State of Texas: To the Sheriff or any Peace Officer of Sutton County, Texas, or any Peace Officer of the State of Texas:

Whereas I have been presented an affidavit requesting issuance of a search warrant by affiant Marcus Thomas who is a peace officer under the laws of Texas and heretofore this day subscribe and swear to said affidavit before me, and whereas I find that the verified facts stated by affiant in said affidavit show that affiant has probable cause for the belief he expresses therein; and, whereas I believe said affidavit properly establishes grounds for issuance of this Warrant.

Now, therefore, you are commanded to enter the suspected place, and premises described in said affidavit, to-wit: There is, within the city limits of Big Spring, in Howard County, Texas, a suspected place and premises described and located as follows: a residential home with the physical property address of: 1516 Tucson St. Big Spring, TX. 79720. This suspected place is described as a gray wood with tan brick home and white colored trim. The front door of the suspected residence faces to the East. There are no visible numbers on the front of the residence. This residence sits between two other residents. The resident to the west is numbered 1514 and the resident to the east is numbered 1518 making this residence 1516.

Said suspected place, in addition to the foregoing description, also includes all other buildings, structures, and places, which are located on said premises and within the curtilage, if said premises is a residence, that are found to be under the control of the suspect named below and in, on, or around which said suspect may reasonably reposit or secrete property that is the object of the search requested herein.

Said suspected place is in the charge of and controlled by each of the following named and/or described individuals ( whether one or more), to wit:

**Christopher James Regan, a white male who was born on or about 12-08-1982- Occupant of Residence.**
**Tanya Marie Regan, white female who was born on or about 09-28-1984- Occupant of Residence.**



Page 1 of 3

USA DISC. 00844
20-10198.1124

## SEARCH WARRANT

It is the belief of affiant that said address 1516 Tucson, Big Spring, TX. 79720 is the location where both IP addresses 74.197.212.233 and 74.195.103.48 were attached to during the time of the child pornography pictures. One or more cellular phones used under the phone numbers 214-304-1426 or 214-304-1541, cellular telephone accessories; both persons listed in #2 of this search warrant, video camera, recorded and stored video camera recordings including any recordings from a security monitoring system, any and all personal computers and electronic storage devices capable of receiving or storing electrical data, including any external storage devices such as, but not limited to floppy discs and diskettes (including Zip discs and cartridges), digital video discs (DVD's), compact discs (CD's), flash drives ("thumb drives"), external hard drives, tape drives, digital video recorders (including TiVo), internet appliances, video game consoles (including Nintendo Wii), MP3 players (including Apple iPOD), digital cameras and digital camera memory media, magnetic tapes and disks, personal digital assistants (PDA's), tape recordings, and audio tapes; the hardware necessary to retrieve such data, including, but not limited to, central processing units (CPU's), connecting devices, viewing screens, disc and cartridge drives, tape drives, printers, and monitors; the manuals, with all software, handwritten notes, or printed materials describing the operation of said computers, hardware and software; and, any and all passwords found at the location that may allow access to any of the aforementioned devices and equipment; and any notes, papers, photographs, official documents.

**FURTHER,** you are **ORDERED,** pursuant to provisions of Article 18.10, Texas Code of Criminal Procedure, to seize any evidence related to the commission of the offenses of Possession of Child Pornography as described within the Affidavit and retain custody of any property seized pursuant to this Warrant and to subsequently conduct an authorized subsequent search of the cellular telephones, computers, and other storage devices.

It is further ordered that any and all property seized by authority of this Warrant or during the execution thereof shall be and remain under the care, custody, and control of any peace officer to whom this Warrant is delivered for execution. Further, said property may be removed and taken to any location as deemed necessary by such peace officer for purposes of safekeeping, evaluating, testing, and for the completion of any investigation or proceedings related to the activities described in the Affidavit upon which the foregoing Warrant was issued.

Herein fail not, but have you then and there this Warrant to be executed without delay; and upon compliance with the orders herein, make return forthwith showing how you



True and correct copy of original filed in the Howard County Clerks Office
Page 2 of 3

Page 2 of 3

USA DISC. 00845
20-10198.1125

## SEARCH WARRANT

have executed same within three days of the date shown below, exclusive of said date and the day of its execution.

Herein fail not, but have you then and there this Warrant to be executed without delay; and upon compliance with the orders herein, make return forthwith showing how you have executed same within three days of the date shown below, exclusive of said date and the day of its execution.

Issued this the 08th day of November, 2018, at 5:28 o'clock P. M., to certify which witness my hand this day.

_____
Kathryn Wiseman
County Judge
Howard County, Texas

FILED
2018 NOV 15 AM 11:23
COUNTY CL...
Naomi Diaz

CERTIFIED COPY CERTIFICATE
STATE OF TEXAS
COUNTY OF HOWARD

The above is a full, true, and correct photographic copy of the original record now in my lawful custody and possession, as the same as recorded in the Official Public Records in my office. I hereby certify as



BRENT ZITTERKOPF
COUNTY CLERK
HOWARD COUNTY, TEXAS

By _Naomi Diaz_
Deputy
11-14-18

true and correct copy of original filed in the Howard County Clerks Office
Page 3 of 3
Page 3 of 3
USA DISC. 00846
20-10198.1126

| THE STATE OF TEXAS | )( | DOCKET# 71479 |
|---|---|---|
| COUNTY OF HOWARD | )( | COURT : County |

**EXHIBIT 3**

## OFFICER'S RETURN AND INVENTORY
## SEARCH WARRANT

BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:

My name is **Marcus Thomas** and I am commissioned as a peace officer by the Howard County Sheriff's Office Criminal Investigation Division. The attached Search Warrant came to hand on the day it was issued and it was executed on the 9th day of November, 2018 by conducting the search directed therein and by seizing during such search the following described property:

Blue HP Laptop, Gray HP Laptop, Tablet, Purple HP Laptop, Midland Camo game camera, Samsung Phone, Pink Tablet, Gray I-Pad, 6-SD Cards, 3- Jump Drives, 6- DVD's, Black Motorola droid, Samsung Galaxy X4, Alcatel one touch, Samsung tablet w/ scratched serial number, Samsung tablet S/N: R52GCDJY6RW, gray IPAD S/N: F9FNX04MFPFL, pink Samsung Galaxy, 7- SD cards, 6- USB drives, Samsung Galaxy Note, Black Toshiba, Silver Toshiba, black Dell S/N:CJSPPQ2, black Dell S/N: 6C4BBL2

_____
Affiant

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS THE ___ DAY OF November, 2018.

_____
MAGISTRATE
HOWARD COUNTY, TEXAS

CERTIFIED COPY CERTIFICATE
STATE OF TEXAS
COUNTY OF HOWARD

The above is a full, true, and correct photographic copy of the original record now in my lawful custody and possession, as the same as recorded in the Official Public Records in my office. I hereby certify as

BRENT ZITTERKOPF
COUNTY CLERK
HOWARD COUNTY, TEXAS
By Naomi Diaz
Deputy
11-14-18

2018 NOV 15 AM 11:23   FILED

True and correct copy of original filed in the Howard County Clerks Office

USA DISC. 00847
20-10198.1127

Case 1:22-cv-00037-P   Document 1-2   Filed 04/13/22   Page 19 of 19   PageID 49
Case 1:19-cr-00021-P-BU   Document 197   Filed 04/08/20   Page 15 of 33   PageID 1406

15

 1   Furthermore, Christopher Regan identifies no comparable cases
 2   to justify his request for such a massive downward variance
 3   from the guideline range.
 4            In fact, the only basis for a downward variance that
 5   Mr. Regan identifies in his motion is the psychological
 6   evaluation with Dr. Jason Dunham.  This estimates -- this
 7   evaluation estimates Mr. Regan's "Level of risk for sexual
 8   re-offense is within the high range."  The Court does not
 9   believe that a psychologist's conclusion that Regan poses a
10   high risk for committing more sex crimes against children is a
11   valid ground for reducing his sentence.
12            The only way for the Court to support a downward
13   variance in this case is through an extraordinary
14   justification.  The Court finds no such justification exists
15   in this case to support any downward variance, let alone three
16   quarters of a reduction in his sentence.  Christopher Regan's
17   conduct was unspeakable, his victims were numerous, his case
18   involves virtually no mitigating factors and his own
19   psychological evaluation confirms that he poses a high risk
20   for sexual re-offending.  Therefore, the Court hereby denies
21   Christopher Regan's motion for downward departure or variance.
22            With the Court's ruling on the motion for downward
23   departure and variance, as well as those that I've just stated
24   previously with regard to the defendant's objections, I will
25   adopt the final findings of fact and statements of fact made