IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CHRISTOPHER JAMES REGAN,<br>      Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>      Respondent. | No.   1:22-CV-00037-P<br>         (1:19-CR-00021-P-2) |

# APPENDIX TO
# RESPONSE TO MOTION UNDER 28 U.S.C. § 2255

Respectfully submitted,

Chad E. Meacham
United States Attorney

*s/ Ann Howey*
Ann Howey
Assistant United States Attorney
Texas Bar No. 24032312
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   (806) 472-7560
Email:            ann.howey.usdoj.gov

Steven J. Grocki
Chief, Child Exploitation and Obscenity Section
U.S. Dept. of Justice, Criminal Division

Kyle P. Reynolds
Trial Attorney
New York Bar No. 4703856
Authorized to Practice Under L. Cr. R. 57.11
1301 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 616-2842
Kyle.reynolds@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on August 24, 2022, I filed this appendix with the Clerk of Court for the U.S. District Court, Northern District of Texas.  I also certify that a copy of this appendix was sent by certified mail to Christopher James Regan, Register Number 28400-078, Tucson USP, P.O. Box 2400078, Tucson, Arizona 85734.

*s/ Ann Howey*
Ann Howey
Assistant United States Attorney

**From:** jacob.blizzard@blizzardlawfirm.com <jacob.blizzard@blizzardlawfirm.com>
**Sent:** Tuesday, July 28, 2020 11:47 AM
**To:** Haag, Jeffrey (USATXN) <JHaag@usa.doj.gov>; Reynolds, Kyle (CRM) <Kyle.Reynolds@CRM.USDOJ.GOV>
**Cc:** matt.zimmerman@blizzardlawfirm.com
**Subject:** Letter regarding Russell Lorfing

Jeff and Kyle,

Please find attached a letter from my office.

Sincerely,

*Jacob Blizzard*



Jacob Blizzard
Board Certified – Criminal Law & Criminal Appellate Law
Texas Board of Legal Specialization

Capital Murder Appellate List Qualified Attorney, 7th Judicial Region

**Blizzard & Zimmerman, P.L.L.C.**
441 Butternut St.
Abilene, TX 79602



GOVERNMENT
EXHIBIT
A

Page 1 of 4

w. (325) 676-1000
f. (325) 455-8842
jacob.blizzard@blizzardlawfirm.com
www.BlizzardLawFirm.com

Satisfied with our legal services? Please review us online by clicking here.

**What is a Criminal Law Board Certified Attorney?**
Initial certification requires the attorney having been licensed five years, devote a required percentage of practice to criminal law, demonstrate proficient experience and involvement, undergo peer review from prosecutors, fellow attorneys, and judges, regularly attend criminal law continuing legal education seminar, and pass a day long exam on criminal law. To remain certified, an attorney must apply for recertification every five years and meet practice, peer review and continuing legal education requirements for the specialty field. An attorney who is Board Certified by the Texas Board of Legal Specialization in Criminal Law must have experience in the preparation, trial, and appeal of serious criminal matters. The attorney must also have extensive knowledge of state and federal constitutional law, evidence, procedure and penal laws involved in the trial of these matters. Less than 10% of all attorneys are board certified. For more information visit: www.tbls.org.

**\*\*\*Notice of Confidentiality\*\*\***
This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message from your system.

# BLIZZARD & ZIMMERMAN
ATTORNEYS AND COUNSELORS AT LAW

Mr. Jeff Haag and Mr. Kyle Reynolds
c/o Jeff Haag
United States Attorney's Office
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401-4029

Dear Jeff and Kyle,

I am writing you to inform you that Russell Lorfing is joining Blizzard & Zimmerman, P.L.L.C. as an attorney effective August 1, 2020. Pursuant to Texas Disciplinary Rules of Professional Conduct 1.10:

> (a) Except as law may otherwise expressly permit, a lawyer shall not represent a private client in connection with a matter in which the lawyer participated personally and substantially as a public officer or employee, unless the appropriate government agency consents after consultation.
>
> (b) No lawyer in a firm with which a lawyer subject to paragraph (a) is associated may knowingly undertake or continue representation in such a matter unless:
>
>> (1) The lawyer subject to paragraph (a) is screened from any participation in the matter and is apportioned no part of the fee therefrom; and
>>
>> (2) written notice is given with reasonable promptness to the appropriate government agency.

Our law firm is only aware of two potential cases which requires screening under 1.10, Chris Regan and Bryan Collins. You have my and Matt's personal assurances that Mr. Lorfing will be screened from any participation in these matters, and he will not be apportioned any part of the fee from the cases. If either our firm or Mr. Lorfing discover that there are other cases which present a conflict of interest, the same procedures will be put in place.

      I am providing this written notice pursuant to (b)(2) in advance of the conflicts occurring, and I will provide reasonably prompt notice of any other conflict of which our firm becomes aware.

Sincerely,

*/s/ Jacob Blizzard*

Jacob Blizzard

441 BUTTERNUT ST. ABILENE, TX 79602  |  P: (325) 676-1000  |  F: (325) 455-8842
JACOB BLIZZARD:JACOB.BLIZZARD@BLIZZARDLAWFIRM.COM  |  MATT ZIMMERMAN: MATT.ZIMMERMAN@BLIZZARDLAWFIRM.COM

Page 4 of 4